UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Stephen Howard,                                         Case No. 3:25-cv-2410

            Plaintiff,

    v.                                                  ORDER

Major Carl Bendross, et al.,

            Defendants.

Because Plaintiff has been authorized to proceed in forma pauperis, (*see* Doc. No. 3), the United States Marshals Service was charged with perfecting service on Defendants.  *See* Fed. R. Civ. P. 4(c)(3).  The docket indicates the USMS executed service on Defendants on April 22, 2026. (Doc. Nos. 6, 7, and 8).   But to date, Defendants have not filed any response to the Complaint, and Plaintiff has not applied to the Clerk for an entry of default.  Fed. R. Civ. P. 55(a).

By August 7, 2026, Plaintiff shall apply for an entry of default or show cause as to why this case should not be dismissed for want of prosecution pursuant to Rule 41(b).  *See* Fed. R. Civ. P. 41(b).  Failure to comply with this Order may result in dismissal of this action without further notice for want of prosecution.

So Ordered.

s/ Jeffrey J. Helmick
United States District Judge